446 A.2d 689

Commonwealth v. Graham, Appellant.

Submitted November 6, 1981. Harris R. Rosen, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

The order is affirmed.